UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SALOME RODRIGUEZ, JR., et al, <br><br> Plaintiffs, <br><br> vs. <br><br> HENRY SOLIS, et al., <br><br> Defendants. | CASE NO. CV 18-6577-GW-JCx <br> *[Assigned to Honorable George H. Wu, Crtrm. 9D]* <br><br> **ORDER RE STIPULATION DISMISSING FEDERAL ACTION AND REQUEST FOR REMAND** |

Based on the stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The following causes of action are dismissed with prejudice as to all Defendants:

   a. Plaintiffs' First Cause of Action for Excessive Force/Unreasonable Seizure (42 U.S.C. § 1983)

   b. Plaintiffs' Second Cause of Action for Interference with Familial Integrity - Substantive Due Process Violation (42 U.S.C. § 1983)

      c.    Plaintiffs' Fifth Cause of Action for Civil Rights Violations (California Civil Code §52.1)

2.    Upon the dismissal with prejudice of all federal claims, this matter is remanded to California superior court pursuant to 28 U.S.C. § 1447(c).

3.    The dismissal with prejudice of Plaintiffs' First, Second and Fifth Causes of Action, and subsequent remand to California superior court, are ordered subject to the following conditions:

      a.    On remand, Plaintiffs will pursue only their Third (Assault & Battery), Fourth (Wrongful Death) and Sixth (Survivorship) Causes of Action, and will not seek to make additional allegations, add new causes of action, or add any additional defendant to this action.

      b.    All discovery, including depositions, taken while this action proceeded in federal court can be used on remand to superior court.

      c.    On remand to superior court, discovery—including expert discovery—will not be re-opened and shall remain closed. No experts will be designated, and Defendant the City of Los Angeles will be permitted to call subject matter witnesses and make any substitutions to their subject matter witnesses as necessary.

4.    The District Court Clerk is directed to enter this Order, mail copies to pro se parties, and mail a certified copy of this Order to the Clerk of the Los Angeles County Superior Court.

IT IS SO ORDERED:

Dated: November 14, 2022      By: _____
                                                 Honorable George H. Wu
                                                 U.S. District Judge